AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.          ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

April 11, 2018

(B_____)          DATE

# UNITED STATES DISTRICT COURT
## Northern District of Illinois

| | |
|---|---|
| George Moore<br><br>Plaintiff<br><br>Vs.<br><br>8 Figure Dream Lifestyle<br><br>Defendant, | Case no. 1:18-cv-02474 |

## RETURN OF SERVICE

I, Kimberly Murray, being duly sworn, depose and say that on this <u>18th</u> day of <u>April 2018</u>, I did execute service by delivering a true and correct copy of the <u>Summons, Complaint, MIDP Order, Checklist, and Standing Order</u> in accordance with the state statutes in the manner marked below.

(X) Corporate Service: Natasha Morino of Capital Administrations accepted service as the Registered Agent for 8 Figure Dream Lifestyle LLC. It is located at e1712 Pioneer Ave Cheyenne, WY 82001

Subscribed and sworn to before me on this ___20___ day of __April__, 20_18_.

_Chandel K. Pine_
Notary Public
My Commission Exp: 9-28-20
Witness my Hand and Seal



I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which service was made.

Kimberly Murray-Server