AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.              ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

April 11, 2018

(B                                                                                                                    DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-02474

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lucky 33 LLC was received by me on *(date)* Apr 18, 2018

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Gary Damiani, Managing Agent , who is designated by law to accept service of process on behalf of *(name of organization)* Lucky 33 LLC on *(date)* Wed, Apr 18 2018 at 4:35 p.m., at Harvard Business Services, Inc., at 16192 Coastal Hwy, Lewes, DE 19958 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ 53.30.

I declare under penalty of perjury that this information is true.

Date: April 20, 2018

_____
*Server's signature*

Sharlene Ryan, Process Server
_____
*Printed name and title*

Delaware Attorney Services
3516 Silverside Road Unit 16, Wilmington, DE 19810
_____
*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Summons in a Civil Case; Class Action Complaint for Damages and Injunctive Relief with Demand for Jury Trial; Notice of Mandatory Initial Discovery; Mandatory Initial Discovery Pilot Project Checklist; Standing Order Regarding Mandatory Initial Discovery Pilot Project

Job # 2204503
Ref # 1:18-cv-02474

# Affidavit of Process Server

In The United States District Court for the Northern District of Illinois
(NAME OF COURT)

| George Moore | VS | 8 Figure Dream Lifestyle, LLC, et al | 1:18-cv-02474 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I **Sharlene Ryan**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized to perform said service.

**Service:** I served Lucky 33 LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons in a Civil Case; Class Action Complaint for Damages and Injunctive Relief with Demand for Jury Trial; Notice of Mandatory Initial Discovery; Mandatory Initial Discovery Pilot Project Checklist; Standing Order Regarding Mandatory Initial Discovery Pilot Project (Received Apr 18, 2018 at 11:00am EDT)

by leaving with Gary Damiani, Managing Agent
NAME/RELATIONSHIP/TITLE

Service Address: Harvard Business Services, Registered Agent 16192 Coastal Highway, Lewes, DE 19958

On Wed, Apr 18 2018 AT 04:35 PM
DATE TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY STATE ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☒ **Corporate:** By personally delivering copies to the person named above.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.
☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other _____

**Description:** Age 36 Sex Male Race Caucasian Height 5'7" Weight 170 Hair Bald Beard No Glasses No

Date: April 30, 2018

SIGNATURE OF PROCESS SERVER

Subscribed and sworn before me a Notary Public of the State of Delaware on April 30, 2018 (Date)

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the State of Delaware

[Notary seal: KIMBERLY J. RYAN, COMMISSION EXPIRES APRIL 29, 2020, NOTARY PUBLIC STATE OF DELAWARE]