## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

George Moore

                Plaintiff,

v.                                                Case No.: 1:18−cv−02474
                                                    Honorable Edmond E. Chang

8 Figure Dream Lifestyle LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 29, 2018:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Only Plaintiff's counsel appeared for the hearing. Defendants have been served, except for Benjamin Ruport and possibly Spirit Consulting Group. The served Defendants are engaged in settlement discussions through an attorney (who has not filed an appearance and is retained only for settlement discussions). With regard to Plaintiff and the currently served Defendants, Mandatory Initial Discovery Pilot Project disclosures due 07/16/2018. This is an extended time to reflect the good−faith representatin that Plaintiff and those Defendants will settle before that deadline. Status hearing set for 07/11/2018 at 10:00 a.m. If service is not accomplished on the unserved Defendants by 07/06/2018, then Plaintiff shall file (on 07/06/2018) a motion to extend the Rule 4(m) service time, explaining what diligent efforts have been made to serve Defendants. The motion shall be noticed to coincide with the date and time of the next status hearing. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.