# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

George Moore

        Plaintiff,

v.              Case No.: 1:18−cv−02474
              Honorable Edmond E. Chang

8 Figure Dream Lifestyle LLC, et al.

        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 19, 2018:

  MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Pro se Defendant Ruport appeared by telephone. Plaintiff's counsel reported that all Defendants, except Ruport, have settled and there are only two signatures left to formally obtain. With regard to Plaintiff and Defendant Ruport (the only remaining defendant), Plaintiff's MID disclosures due 07/26/2018. Defendant Ruport's MID disclosures due 08/06/2018. ESI discovery shall be disclosed by 09/17/2018. The first−round of written discovery requests must be issued no later than 08/27/2018. Status hearing set for 08/30/2018 at 10:30 a.m. Defendant Ruport may appear by telephone on 08/30/2018 by contacting the courtroom deputy, Ms. Sandra Brooks (312.408.5121), with a contact phone number the day before the hearing. **The Clerk of Court is directed to send Defendant Ruport a blank appearance form and the Notice of Mandatory Initial Discovery and the Standing Order. Defendant Benjamin Ruport';s mailing address is: 1536 Lakehills Drive, El Dorado Hills, CA 95762** . The Court held an under−seal, off−record settlement discussion with the parties, and Plaintiff's counsel shall report to the client what the Court expressed.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.