**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GEORGE MOORE, <br><br> Plaintiff, <br><br> v. <br><br> 8 FIGURE DREAM LIFESTYLE LLC, <br><br> BENJAMIN RUPORT a/k/a COACH BEN, <br><br> JERROLD S. MAURER a/k/a JERRY MAURER, <br><br> JL NET BARGAINS, INC., <br><br> BRIAN KAPLAN, <br><br> LUCKY 33 LLC, <br><br> ALEX SAMI DOWLATSHAHI, <br><br> SPIRIT CONSULTING GROUP INC., <br><br> and DOES 1-10, <br><br> Defendants. | Case No. 1:18-cv-02474 <br><br><br><br><br><br><br><br><br><br> **NOTICE OF SERVICE OF ANSWERS TO MANDATORY INITIAL DISCOVERY REQUESTS** |

PLEASE TAKE NOTICE that on July 26, 2018 a copy of Plaintiff's Mandatory Initial Discovery Responses was served upon the following individual by placing the same in the First-Class U.S. Mail on July 26, 2018:

Benjamin Ruport
1536 Lakehills Drive
El Dorado Hills, CA 95762

RESPECTFULLY SUBMITTED,

GEORGE MOORE

/s/ Alex J. Levin
Attorney for Plaintiff
Illinois Attorney No. 6234238
Law Offices of Todd M. Friedman, P.C.
333 Skokie Blvd., Suite 103
Northbrook, IL 60062
(224) 218-0875
alevin@toddflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on July 27, 2018, a copy of the foregoing Notice of Service was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Alex J. Levin
Attorney for Plaintiff