UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE MOORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>8 FIGURE DREAM LIFESTYLE LLC,<br><br>BENJAMIN RUPORT a/k/a COACH BEN,<br><br>JERROLD S. MAURER a/k/a JERRY MAURER,<br><br>JL NET BARGAINS, INC.,<br><br>BRIAN KAPLAN,<br><br>LUCKY 33 LLC,<br><br>ALEX SAMI DOWLATSHAHI,<br><br>SPIRIT CONSULTING GROUP INC.,<br><br>and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 1:18-cv-02474 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Now comes the Plaintiff, GEORGE MOORE, by and through his undersigned attorney, and hereby dismisses this matter without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as to the following Defendants only:

　　　　1.　　8 FIGURE DREAM LIFESTYLE LLC;

　　　　2.　　JERROLD S. MAURER a/k/a JERRY MAURER;

　　　　3.　　JL NET BARGAINS, INC.;

    4.    BRIAN KAPLAN;

    5.    LUCKY 33 LLC;

    6.    ALEX SAMI DOWLATSHAHI; and

    7.    SPIRIT CONSULTING GROUP INC.

Plaintiff does not dismiss any claims against Defendants BENJAMIN RUPORT a/k/a COACH BEN and DOES 1-10, which claims should remain pending before this Court.

RESPECTFULLY SUBMITTED,

/s/ David B. Levin
Attorney for Plaintiff
Illinois Attorney No. 6212141
Law Offices of Todd M. Friedman, P.C.
333 Skokie Blvd., Suite 103
Northbrook, IL 60062
Phone: (224) 218-0882
Fax: (866) 633-0228
dlevin@toddflaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2018 a copy of the foregoing Notice of Dismissal Without Prejudice, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff