UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

George Moore
                              Plaintiff,

v.                                             Case No.: 1:18−cv−02474
                                                    Honorable Edmond E. Chang

8 Figure Dream Lifestyle LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 24, 2018:

      MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the notice of voluntary dismissal, R. 22, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the following Defendants are dismissed without prejudice: 8 FIGURE DREAM LIFESTYLE LLC; JERROLD S. MAURER a/k/a JERRY MAURER; JL NET BARGAINS, INC.; BRIAN KAPLAN; LUCKY 33 LLC; ALEX SAMI DOWLATSHAHI; and SPIRIT CONSULTING GROUP INC. The Clerk's Office shall terminate those Defendants from the docket. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.