**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GEORGE MOORE, <br><br> Plaintiff, <br><br> v. <br><br> BENJAMIN RUPORT, <br><br> Defendant. | Case No. 1:18-cv-02474 <br><br> Honorable Judge Edmond E. Chang <br><br> **UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

 Now comes attorney Alex J. Levin, and respectfully requests this Honorable Court grant him leave to withdraw as one of the attorneys for Plaintiff in this matter. In support thereof, Alex J. Levin states as follows:

 Effective October 5, 2018, Alex J. Levin will be leaving his current position with The Law Offices of Todd M. Friedman, P.C. and will begin a position with a new law firm.

 Plaintiff will continue to be represented by other attorneys of record with The Law Offices of Todd M. Friedman, P.C., including lead counsel David B. Levin. Therefore, Plaintiff will not be prejudiced by this withdrawal.

 Wherefore, one of Plaintiff's attorneys, Alex J. Levin respectfully requests this Honorable Court enter an order granting him leave to withdraw as Plaintiff's attorney in this matter, and grant such other relief as the Court deems appropriate under the circumstances.

RESPECTFULLY SUBMITTED,

By: /s/ Alex J. Levin
Attorney for Plaintiff
Illinois Attorney No. 6324238
Law Offices of Todd M. Friedman, P.C.
333 Skokie Blvd., Suite 103
Northbrook, IL 60062
Phone: (224) 218-0875
Fax: (866) 633-0228
alex.levin@toddflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on September 27, 2018, a copy of the foregoing Unopposed Motion for Leave to Withdraw as Counsel for Plaintiff was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Alex J. Levin
Attorney for Plaintiff