**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GEORGE MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN RUPORT,<br><br>    Defendant. | Case No. 1:18-cv-02474<br><br>Honorable Judge Edmond E. Chang<br><br>**NOTICE OF UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

Please take notice that on **Wednesday, October 3, 2018, at 8:30 a.m.**, or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Judge Edmond E. Chang, or any judge sitting in his stead, in Room 2119 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Unopposed Motion for Leave to Withdraw as Counsel for Plaintiff**.

RESPECTFULLY SUBMITTED,

By:   /s/ Alex J. Levin
        Attorney for Plaintiff
        Illinois Attorney No. 6324238
        Law Offices of Todd M. Friedman, P.C.
        333 Skokie Blvd., Suite 103
        Northbrook, IL 60062
        Phone: (224) 218-0875
        Fax: (866) 633-0228
        alex.levin@toddflaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 27, 2018, a copy of the foregoing Notice of Unopposed Motion for Leave to Withdraw as Counsel for Plaintiff was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Alex J. Levin
Attorney for Plaintiff