**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GEORGE MOORE,<br><br>                Plaintiff,<br><br>v.<br><br>BENJAMIN RUPORT,<br><br>                Defendant. | Case No. 1:18-cv-02474 |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, GEORGE MOORE, and Defendant, BENJAMIN RUPORT, by and through their attorneys, hereby stipulate to the dismissal of this action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

By: /s/ David B. Levin
     Attorney for Plaintiff
     Illinois Attorney No. 6212141
     Law Offices of Todd M. Friedman P.C.
     333 Skokie Blvd, Suite 103
     Northbrook, IL 60062
     Phone: (224) 218-0882
     dlevin@toddflaw.com

By: /s/ Benjamin Ruport
     Defendant, Pro Se
     1536 Lakehills Drive
     El Dorado Hills, CA 95762
     Phone: (916) 613-5794
     btruport@yahoo.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 8, 2018 a copy of the foregoing Stipulation of Dismissal Without Prejudice, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. In addition, on October 8, 2018, a copy was sent via First-Class U.S. Mail to Defendant Benjamin Ruport at the address above.

                                        /s/ David B. Levin
                                        Attorney for Plaintiff